```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 03214
  TAMMY A WALSH
                                          CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR

          Debtor
  SSN XXX-XX-2819
```

---
              TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 02/23/07 and confirmed on 04/27/07.

   2.  The case was dismissed after confirmation, 02/01/2008.

   3.  The Debtor paid a total of $   2159.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE HOME FINANCE | CURRENT MORTG | .00 | .00 | .00 |
| CHASE HOME FINANCE | MORTGAGE ARRE | 328.87 | .00 | 328.87 |
| FOX LAKE HILLS PROP OWNE | SECURED | .00 | .00 | .00 |
| CCS | UNSECURED | NOT FILED | .00 | .00 |
| AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| ANESTHESIA ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| ANIMAL CARE & MEDICAL CT | UNSECURED | NOT FILED | .00 | .00 |
| NORTHERN ILLINOIS MEDICA | UNSECURED | NOT FILED | .00 | .00 |
| COLUMBIA HOUSE | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | 1298.58 | .00 | .00 |
| ILLINOIS CONSOLIDATED PU | UNSECURED | NOT FILED | .00 | .00 |
| DIRECT TV | UNSECURED | NOT FILED | .00 | .00 |
| DISNEY MOVIE CLUB | UNSECURED | NOT FILED | .00 | .00 |
| CCS | UNSECURED | NOT FILED | .00 | .00 |
| GEVALLA KAFFE | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| J MICHAEL KRISCHKE MD | UNSECURED | NOT FILED | .00 | .00 |
| LAKE COUNTY PUBLIC WORKS | UNSECURED | NOT FILED | .00 | .00 |
| LAKE SHORE PATHOLOGISTS | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| MARQUETTE CONSUMER FINAN | UNSECURED | 7121.45 | .00 | .00 |
| MCHENRY RADIOLOGISTS & I | UNSECURED | NOT FILED | .00 | .00 |
| MARK STRIEPLING | UNSECURED | NOT FILED | .00 | .00 |
| MORAINE EMERGENCY PHYSIC | UNSECURED | NOT FILED | .00 | .00 |
| NORSTATES BANK | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 231.81 | .00 | .00 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |

```
SPORTS PHYSICAL THERAPY   UNSECURED      NOT FILED              .00          .00
SURGICAL ASSOCIATES       UNSECURED      NOT FILED              .00          .00
AFNI/VERIZON              UNSECURED       1627.18               .00          .00
VILLAGE OF FOX LAKE       UNSECURED      NOT FILED              .00          .00
WASTE MANAGEMENT OF ILLI  UNSECURED      NOT FILED              .00          .00
W C DAM MD                UNSECURED      NOT FILED              .00          .00
ILLINOIS DEPT REVENUE     PRIORITY        1607.89               .00          .00
ILLINOIS DEPT REVENUE     UNSECURED        257.40               .00          .00
ASSET ACCEPTANCE CORP     UNSECURED        783.65               .00          .00
PORTFOLIO RECOVERY ASSOC  UNSECURED       1299.42               .00          .00
       Summary of disbursements:
-----------------------------------------------------------------------------------
                   SECURED      PRIORITY    UNSECURED        OTHER         TOTAL
-----------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   328.87      1607.89     12619.49          .00      14556.25
PRINCIPAL PAID       328.87          .00          .00          .00        328.87
INTEREST PAID           .00          .00          .00          .00           .00
TOTAL PAID           328.87          .00          .00          .00        328.87
```

The Debtor's attorney, PATRICK J HART                , was allowed $   2500.00
and was paid $    726.00   direct and $    1774.00  through the plan.

The Trustee received $      56.13 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


    Dated: 05/21/08                /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                            PAGE   2
         CASE NO. 07 B 03214 TAMMY A WALSH